THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FRISCO BAKING COMPANY, INC., a California corporation, <br><br><br> Defendant. | CASE NO.:    C20-469-MLP <br><br> STIPULATION AND ORDER FOR ENTRY OF JUDGMENT |

THE PARTIES above named, through their attorneys, Russell J. Reid and Thomas A. Leahy of Reid, McCarthy, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and Darren A. Feider and B. Jason Rossiter, attorneys for Defendant, Frisco Baking Company, Inc., hereby stipulate for entry of Judgment in the above-referenced action.

//

//

//

//

STIPULATION AND ORDER FOR ENTRY OF
JUDGMENT – C20-469-MLP
Page 1 of 3

//

//

DATED this 5th day of February, 2021.

REID, McCARTHY, BALLEW & LEAHY,
L.L.P.

SEBRIS BUSTO JAMES, P.S.


s/*Russell J. Reid*
Russell J. Reid, WSBA #2560
Thomas A. Leahy, WSBA #26365
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone:  (206) 285-0464
Fax:  (206) 285-8925
Email:  rjr@rmbllaw.com
Email:  tom@rmbllaw.com

Attorneys for Plaintiff

s/*Darren A. Feider*
Darren A. Feider, WSBA #22430
B. Jason Rossiter, WSBA #44732
15375 SE 30th Place, Suite 310
Bellevue WA 98007
Telephone:  (425) 454-4233
Fax:  (425) 453-9005
Email:  dfeider@sebrisbusto.com
Email:  jrossiter@sebrisbusto.com

Attorneys for Defendant


## ORDER FOR ENTRY OF JUDGMENT

Based on the foregoing Stipulation of Plaintiff and Defendant, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff be and hereby is awarded

judgment against Defendant in the amounts hereinafter listed, which amounts are due the

Plaintiff's Trust by Defendant for its inclusive employment of members of the bargaining unit

represented by Local 63, with which the Defendant has a valid collective bargaining agreement,

and which amounts are due by reason of its specific acceptance of the Declarations of Trust for

the period December 2019 through April 2020:  for liquidated damages of $5,315.68, for interest of $251.56; for attorneys' fees of $3,423.00, and for costs of $495.00, all for a total of $9,485.24.

JUDGMENT ENTERED this 10th day of February, 2021.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

Presented for Entry by:

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

By:  s/Russell J. Reid_____
Russell J. Reid, WSBA #2560
Thomas A. Leahy, WSBA #26365
Reid, McCarthy, Ballew & Leahy, LLP
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone:  (206) 285-0464
Fax:  (206) 285-8925
Email:  rjr@rmbllaw.com
Email:  tom@rmbllaw.com
Attorneys for Plaintiff